```
          FILED

        JUL 0 3 2008

   CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8 6 0 0

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO.: |
| | ) | |
| Plaintiff, | ) | Title 8, U.S.C. § 1326 |
| | ) | Deported Alien Found in |
| v. | ) | the United States |
| | ) | |
| Efrain ALVAREZ-Garcia | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about July 1, 2008, within the Southern District of California, defendant Efrain ALVAREZ-Garcia, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

MARCO A. MIRANDA
SENIOR BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3RD DAY OF JULY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
                    v.
2  Efrain ALVAREZ-Garcia

3                  STATEMENT OF FACTS

4      The complainant states that this complaint is based upon the
5  statements of the apprehending Border Patrol Agent T. Hendricks,
   that Efrain ALVAREZ-Garcia was found and arrested on July 1,
6  2008, approximately 3.5 miles east of Calexico, California.

7      On July 1, 2008, at approximately 9:00 p.m., the Remote
8  Video Camera Operators monitoring the Calexico area of operations
9  concentrate specifically on the area where the All American Canal
   intersects with Barbara Worth Road.  A bridge which goes over the
10 canal at that intersection is known as the Five Bridge.  Remote
11 Video Camera Operators spotted four individuals swimming along
12 the edge of the All American Canal making their way from Mexico
13 into the United States.

14     Agent Hendricks responded to the area and was notified by
   Remote Video Camera Operators the four individuals who had made
15 an illegal entry were now underneath the Five Bridge.  Agent
16 Hendricks identified himself as a Border Patrol Agent and began
17 questioning the four individuals regarding their citizenship.
18 One of the four individuals was later identified as Efrain
   ALVAREZ-Garcia.  The four individuals admitted to Agent Hendricks
19 they were citizens of Mexico and they had entered the United
20 States illegally.  The individuals were placed under arrest.

21     Record checks revealed an Immigration Judge ordered ALVAREZ
22 deported to Mexico from the United States on April 13, 2007.

       Agent J. Bottcher advised ALVAREZ of his rights as per
23 Miranda.  ALVAREZ stated he understood his rights and was willing
24 to answer questions without the presence of an attorney.  ALVAREZ
25 stated he was a citizen of Mexico.  ALVAREZ admitted he entered
26 the United States by crossing the international boundary between
   Mexico and the United States and then swimming westward in the
27

28                              (2)

All American Canal. BPA Bottcher asked ALVAREZ if he had any documentation in order to remain in the United States legally. ALVAREZ stated that he did not.

There is no evidence ALVAREZ has ever applied to the Attorney General of the United States for permission to re-enter the United States after having been deported, excluded, or removed from the United States.